UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROMAN A. MEJIA,

                Plaintiff,

-against-

USDA (UNITED STATES DEPARTMENT OF AGRICULTURE FOOD AND NUTRITION SERVICE) ADMINISTRATIVE REVIEW OFFICE,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/2021

21 Civ. 9054 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    Plaintiff *pro se*, Roman A. Mejia, brings this case on behalf of 186 Grocery Corp., of which he is the owner. Compl. at 5, 8, ECF No. 1. A *pro se* individual may not appear on behalf of a corporation. *See Sewell v. 1199 Nat. Ben. Fund for Health and Human Servs.*, 303 F. App'x 902, 903 n.1 (2d Cir. 2008). Furthermore, only the "store," 186 Grocery Corp., may seek judicial review of its disqualification under 7 U.S.C. § 2023(a)(13). *See Guzman v. U.S. Dep't of Agric. Food & Nutrition Serv.*, 931 F. Supp. 2d 488, 490 n.1 (S.D.N.Y. 2013). Therefore, Mejia cannot litigate this case as the plaintiff.

    Accordingly, by **December 8, 2021**, if 186 Grocery Corp. wishes to seek review of its disqualification, Meija must substitute 186 Grocery Corp. as party plaintiff. Further, 186 Grocery Corp. must appear through an attorney, because a corporation is not permitted to appear in court unless it does so through a lawyer. *See Pecarsky v. Galaxiworld.com Ltd.*, 249 F.3d 167, 172 (2d Cir. 2001). If 186 Grocery Corp. does not appear in this matter by **December 8, 2021**, the case will be dismissed for lack of standing.

    SO ORDERED.

Dated: November 9, 2021
       New York, New York

                                              ANALISA TORRES
                                      United States District Judge