UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROMAN A. MEJIA,

                Plaintiff,

-against-

USDA (UNITED STATES DEPARTMENT OF
AGRICULTURE FOOD AND NUTRITION
SERVICE) ADMINISTRATIVE REVIEW
OFFICE,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/2022

21 Civ. 9054 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    Plaintiff *pro se*, Roman A. Mejia, brings this case on behalf of 186 Grocery Corp., of which he is the owner. Compl. at 5, 8, ECF No. 1. On November 9, 2021, the Court ordered Mejia to substitute 186 Grocery Corp. as party plaintiff and retain counsel for the corporation by December 8, 2021. ECF No. 4. The Court warned Mejia that the case would be dismissed if substitution did not occur. *Id.* The Court granted a two-week extension to December 22, 2021. ECF No. 7. On December 28, 2021, the Court ordered Plaintiff to show cause by January 7, 2022, why the case should not be dismissed for failure to prosecute. ECF No. 8. Plaintiff did not show cause and 186 Grocery Corp. has failed to appear.

    Accordingly, the case is DISMISSED under Rule 41(b) because Plaintiff has failed to prosecute this action, as evidenced by his failure to add 186 Grocery Corp. as party plaintiff. The Clerk of Court is directed to close this case.

    SO ORDERED.

Dated: January 10, 2022
       New York, New York

                                      ANALISA TORRES
                                     United States District Judge