UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROMAN A. MEJIA,

                Plaintiff,

-against-

USDA (UNITED STATES DEPARTMENT OF AGRICULTURE FOOD AND NUTRITION SERVICE) ADMINISTRATIVE REVIEW OFFICE,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/2022

21 Civ. 9054 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    On January 18, 2022, the Court order Plaintiff to file a letter informing the Court of his progress finding a lawyer for 186 Grocery Corp. by February 4, 2022. That letter is now overdue. Accordingly, by **February 23, 2022**, Plaintiff shall file the requested letter.

    SO ORDERED.

Dated: February 7, 2022
       New York, New York

                                        ANALISA TORRES
                                   United States District Judge